# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

KAIRDIN ALNOUBANI,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-662-jcs

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendant.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ M. Hardin
_____
by Deputy Clerk

_____3/3/08_____
Date